ELLIOT ENOKI
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2001

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00191 HG |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| vs. ) | [21 U.S.C. §§ 841, 846 and 18 U.S.C. § 2] |
| DAVID CURIEL,        (01) ) and WARREN B. KATZ,   (02) ) | |
| Defendants. ) | |

SUPERSEDING INDICTMENT

Count 1:

The Grand Jury charges:

From on or about April 29, 2001, to and including May 3, 2001, in the District of Hawaii, and elsewhere,

**WARREN B. KATZ
and
DAVID CURIEL**

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of methamphetamine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess for distribution methamphetamine in Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On April 29, 2001, CURIEL met with a person named "Al" LNU, and agreed to transport drugs from Los Angeles to Honolulu.

2. On May 2, 2001, CURIEL flew from Honolulu to Los Angeles on Hawaiian Airlines.

3. On May 2, 2001, in Los Angeles, CURIEL accepted a phone number for "Warren", who he was to call upon his return to Honolulu and to whom he was to distribute the drugs.

4. On May 3, 2001, CURIEL flew from Los Angeles to Honolulu and carried approximately 723 grams of methamphetamine in his carry on bag.

5. On May 3, 2001, KATZ received a call and was told that the shipment of drugs was coming in and that he would receive a call to set up the transaction.

All in violation of Title 21, United States Code, Section 846.

Count 2:

The Grand Jury further charges:

On or about May 3, 2001, in the District of Hawaii, **DAVID CURIEL** and **WARREN KATZ**, did knowingly and intentionally possess, with intent to distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code Section 2.

Count 3:

The Grand Jury further charges:

On or about May 15, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 4:

The Grand Jury further charges:

On or about March 12, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 5:

The Grand Jury further charges:

On or about March 16, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 6:

The Grand Jury further charges:

On or about March 21, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 7:

The Grand Jury further charges:

On or about March 27, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 8:

The Grand Jury further charges:

On or about April 3, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 9:

The Grand Jury further charges:

On or about April 17, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 10:

The Grand Jury further charges:

On or about May 2, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count 11:

The Grand Jury further charges:

On or about May 2, 2001, in the District of Hawaii, **WARREN KATZ**, did knowingly and intentionally possess with intent to distribute and distribute in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED:   Honolulu, Hawaii, _May 30, 2001_.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Warren B. Katz, et al.
"Indictment"
Cr. No. 01-00191 HG

6