UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WARREN B. KATZ,<br><br>Defendant - Appellant. | No. 03-10294<br><br>D.C. No. CR-01-00191-HG<br>District of Hawaii, Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 01 2003

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

*/s/ Nanette Won*

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\09.03\nw\03-10294v.wpd

A TRUE COPY
ATTEST    9/29/03

CATHY A. CATTERSON
Clerk of Court

by: _____
     Deputy Clerk